# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**THERESA B. BRADLEY,**

    **Plaintiff,**

**vs.**                                                        **Case No. 4:05cv448-RH/WCS**

**ROBERT BRUCE MILLER, et al.,**

    **Defendants.**

    _____/

## ORDER TO SHOW CAUSE

    Before the Court is Plaintiff's response to a prior court order, doc. 9. That response is sufficient to establish domicile for the Court to determine that jurisdiction exists, however, it does not adequately comply with the prior order. *See* doc. 5. That order also required Plaintiff to file an amended *in forma pauperis* motion supported by a financial affidavit on court forms used in this Court. Doc. 5. Plaintiff has not complied with that direction. Until Plaintiff either pays the filing fee for this case or a properly completed *in forma pauperis* motion is granted, this case has not technically commenced. *See* N.D. Fla. Loc. 5.1(H). All persons seeking *in forma pauperis* status must use the forms provided by the Clerk's Office. Plaintiff will once again be provided

the forms and she is expected to comply with court orders or face dismissal.  Plaintiff shall also show good cause for her failure to comply with the prior court order.

Plaintiff's motion to electronically file documents in this Court, doc. 7, is denied. Plaintiff is not a licensed attorney and is not a member of the Bar of this Court.

Plaintiff's motion to disqualify counsel, doc. 6, is also denied.  A party is entitled to the attorney of his or her choice.

Plaintiff's motion to transfer nineteen volumes from the files of a state court, particularly in Dade County, Florida, doc. 8, is also denied.  If a document from that case is necessary and relevant it may be filed in due course.  But there is no need for such a voluminous record to be filed in this case.  Plaintiff shall not submit any of those documents until directed to do so.

Accordingly, it is

**ORDERED:**

1.  The Clerk of Court shall once again provide Plaintiff with a financial affidavit and *in forma pauperis* application packet for use by non-prisoners in this Court.

2.  Plaintiff shall have until **January 20, 2006**, in which to submit an amended *in forma pauperis* motion, supported by a properly completed financial affidavit on court forms which are provided to her by the Clerk's Office of this Court.

3.  Plaintiff shall have until **January 20, 2006**, in which to show good cause for her failure to fully comply with the prior court order, doc. 5.

4.  *Failure to comply with this court order will result in a recommendation of dismissal of this action.*

5.  Plaintiff's motion to electronically file documents in this Court, doc. 7, is **DENIED**.

6.  Plaintiff's motion to disqualify counsel, doc. 6, is **DENIED**.

7.  Plaintiff's motion to transfer Dade County Circuit Court files, doc. 8, is **DENIED**.

8.  The Clerk of Court shall refer this file to the undersigned upon receipt of Plaintiff's amended *in forma pauperis* motion and financial affidavit, or no later than January 20, 2006.

**DONE AND ORDERED** on December 21, 2005.

S/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**